■ In the Matter of MARTIN J. ROTHSCHILD, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [977 NYS2d 663]—A certified copy of plea minutes having been filed showing that Martin J. Rothschild was convicted of promoting a sexual performance by a child, a class D felony, he is disbarred and his name is stricken from the roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Nov. 22, 2013.)

■ In the Matter of LOUIS ROSADO, for Reinstatement to the Practice of Law in the State of New York. [977 NYS2d 664]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Dec. 13, 2013.)

■ In the Matter of MICHELLE RENEE POWERS, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [977 NYS2d 663]—A certified copy of plea minutes having been filed showing that Michelle Renee Powers was convicted of scheme to defraud in the first degree, a class E felony, she is disbarred and her name is stricken from the roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Dec. 11, 2013.)

■ In the Matter of HOWARD A. SILVERMAN, an Attorney, Resignor. [976 NYS2d 900]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Dec. 3, 2013.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY ARKIM, Also Known as ED MASON, Appellant. [977 NYS2d 664]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Peradotto, Lindley and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES DAVIS WILSON, Appellant. [977 NYS2d 664]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL STONE, Appellant. [977 NYS2d 643]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Carni, Lindley and Valentino, JJ.